IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    **Plaintiff,**

    v.                        NO. 10-30190-DRH

**BRENDA L. MASON,**

    **Defendant.**

## ORDER

Before the Court is a motion by the defendant (document #58) requesting that the revocation hearing in this matter be continued. The Government has no objection to this motion. The Court being fully advised of the matters alleged herein, **GRANTS** the motion and continues the revocation hearing from August 15, 2013 at 9:00 am to September 4, 2013 at 2:00 pm.

    **IT IS SO ORDERED.**

Signed this 13th day of August, 2013.

Digitally signed by
David R. Herndon
Date: 2013.08.13
16:16:26 -05'00'

                                                **Chief Judge**
                                                **United States District Court**